## THE STATE v. FULLAR.

CRIMINAL LAW: APPEAL: RECORD EXAMINED: JUDGMENT AFFIRMED.

*Appeal from Buena Vista District Court.*

THURSDAY, DECEMBER 2, 1886.

No appearance for appellant.

*A. J. Baker, Attorney-general,* for the State.

SEEVERS, J.—This cause was submitted upon transcript, and the indictment, evidence, charge, and all of the proceedings of the district court, are now before us. We have carefully examined the record, and deem it sufficient to say that we have failed to discover any error therein.

AFFIRMED.

CRIMINAL LAW: APPEAL: RECORD EXAMINED: JUDGMENT AFFIRMED.

No appearance for appellant.

*A. J. Baker, Attorney-general,* for the State.